1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO

10

| | | |
|---|---|---|
| 11 | Melissa Harris, ) | CASE NO. 10-cv-01101-AWI-SMS |
| 12 | ) Plaintiffs, ) | |
| 13 | ) v. ) | **ORDER GRANTING STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE** |
| 14 | ) Progressive Financial Services, Inc.; and ) | |
| 15 | DOES 1-10, inclusive, ) | |
| 16 | ) Defendant. ) | |

21   The Court has reviewed the Stipulation of Plaintiff MELISSA HARRIS and Defendant

22 PROGRESSIVE FINANCIAL SERVICES, INC. to dismiss, with prejudice, the above-entitled

23 action, in its entirety.  Pursuant to the Stipulation between the parties, the Court orders as follows:

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

**1**

06413.00/169401

ORDER RE STIPULATION RE DISMISSAL

1   That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP
2   41(a)(1). Each party shall bear their own costs and expenses.
3   IT IS SO ORDERED.

Dated:  November 30, 2010

_____
CHIEF UNITED STATES DISTRICT JUDGE