David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Robert D. Berglund (SBN 234081)
berglunr@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant,
PROGRESSIVE FINANCIAL SERVICES, INC.

FILED
DEC 01 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| Melissa Harris,<br><br>    Plaintiffs,<br><br>v.<br><br>Progressive Financial Services, Inc.; and DOES 1-10, inclusive,<br><br>    Defendant. | CASE NO. 10-cv-01101-AWI-SMS<br><br>**STIPULATION RE DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AND ALL PARTIES** |

**IT IS HEREBY STIPULATED BY AND BETWEEN** Plaintiff MELISSA HARRIS ("Plaintiff") and Defendant PROGRESSIVE FINANCIAL SERVICES, INC. and through their respective counsel of record, that Plaintiff shall dismiss, with prejudice, the above-entitled lawsuit in its entirety, as to all parties named therein, pursuant to FRCP 41(a)(1).

///
///
///
///
///

---

1

06413.00/169400     **STIPULATION RE DISMISSAL**

1  Each party shall bear their own costs and expenses.

2

3  DATED:  November 29, 2010          LEMBERG & ASSOCIATES LLC

4

5
                                      By:   /s/ Lara R. Shapiro
6                                           Lara R. Shapiro
                                            Attorneys for Plaintiff,
7                                           MELISSA HARRIS

8

9  DATED:  November 29, 2010          CARLSON & MESSER LLP

10

11
                                      By:   /s/ Robert D. Berglund
12                                          David J. Kaminski
                                            Robert D. Berglund
13                                          Attorneys for Defendant,
                                            PROGRESSIVE FINANCIAL SERVICES,
14                                          INC.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                      2
06413.00/169400              STIPULATION RE DISMISSAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| Melissa Harris,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Progressive Financial Services, Inc.; and DOES 1-10, inclusive,<br><br>　　　　　Defendant. | CASE NO. 10-cv-01101-AWI-SMS<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE |

The Court has reviewed the Stipulation of Plaintiff MELISSA HARRIS and Defendant PROGRESSIVE FINANCIAL SERVICES, INC. to dismiss, with prejudice, the above-entitled action, in its entirety. Pursuant to the Stipulation between the parties, the Court orders as follows:

///

///

///

///

///

///

1  That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP
2  41(a)(1). Each party shall bear their own costs and expenses.

**IT IS SO ORDERED:**

DATED: _11-30-10_

_____
UNITED STATES DISTRICT COURT JUDGE

06413.00/169401

2

[PROPOSED] ORDER RE STIPULATION RE DISMISSAL